Gennaro Alaio and Elizabeth A. Alaio
Chapter 13 Case No.: 12-22220(rdd)

| Date | Description | Time |
|---|---|---|
| 1/28/2012 | Met with Debtors and evaluated case and discussed Chapter 13 and Chapter 7, Pond, Loss Mitigation, etc. and reviewed documents (2.00) | 2.00 |
| 2/3/2012 | Prepared papers, Schedules, Plan, etc. (3.00) | 3.00 |
| 2/5/2012 | Met with Debtors to review and sign (2.00) | 2.00 |
| 2/12/2012 | Drafted letter to Debtors regarding Chapter 13, 341 meeting, etc. (0.50) | 0.50 |
| 3/2/2012 | Reviewed Creditor Loss Mitigation Affidavit (0.30) | 0.30 |
| 3/5/2012 | Drafted Loss Mitigation Order and submitted same to the Court (0.50) | 0.50 |
| 3/6/2012 | Attended to service of Loss Mitigation Order (0.20) | 0.20 |
| 3/30/2012 | Prepared for and attended 341 meeting (1.50) | 1.50 |
| 5/18/2012 | Amended Schedule F (0.50); Drafted letter to Creditor (0.40) | 0.90 |
| 6/28/2012 | Reviewed Motion for Relief regarding vehicle and conferred with Debtor regarding options (0.80) | 0.80 |
| 6/29/2012 | Reviewed Objection to Plan (0.50) | 0.50 |
| 8/2/2012 | Drafted Order adjourning Confirmation and submitted to Chambers (0.30) | 0.30 |
| 8/9/2012 | Drafted Pond Motion (2.00) | 2.00 |
| 9/6/2012 | Reviewed Order Vacating Stay (0.30) | 0.30 |
| 9/13/2012 | Reviewed Claims and drafted Worksheet (1.00) | 1.00 |
| 9/27/2012 | Prepared for and attended Confirmation hearing and Pond hearing (1.00) | 1.00 |

16.8

| Date | Description | Hours |
|---|---|---|
| 9/28/2012 | Prepared Order on Pond Motion and submitted to Chambers (0.50) | 0.50 |
| *12/18/2012 | Sent 710 Form to Carrie Altenburg and Karen Sheehan, contact to the lender, as per their request with respect to the Debtor's application for Loan Modification (0.20) | 0.20 |
| *2/19/2013 | Sent updated documents to Lisa Milas and Tammy Terrell with respect to Debtor's application for Loan Modification including 2011 tax returns, pay stubs, an authorization form and a 4506-T form (1.00); Drafted and filed Debtor Loss Mitigation Affidavit with respect to same (0.20) | 1.20 |
| 2/25/2013 | Drafted Status Report for hearing (1.00) | 1.00 |
| 3/4/2013 | Reviewed Motion to Dismiss and conferred with Debtor (0.80) | 0.80 |
| 3/20/2013 | Drafted Amended Plan (1.00) | 1.00 |
| *3/22/2013 | Submitted a new package with respect to Debtors' application for Loan Modification (0.80); Drafted and filed Debtor Loss Mitigation Affidavit with respect to same (0.20) | 0.20 |
| 4/6/2013 | Met with Debtors and drafted Letter of Explanation (0.60) | 0.60 |
| 4/8/2013 | Prepared Status Report on Loss Mitigation and Opposition to Motion to Dismiss (1.00) | 1.00 |
| *4/9/2013 | Responded to request from Erin Donahue for a corrected RMA, 4506-T and Letter of Explanation. E-mailed Erin corrected RMA, 4506-T and noted that a Letter of Explanation would follow (0.50); Drafted and filed Debtor Loss Mitigation Affidavit with respect to same (0.20) | 0.70 |
| 4/10/2013 | Attended Confirmation hearing and Motion to Dismiss (1.00); Conferred with Debtor regarding obligations and payment timing (0.30) | 1.30 |

8.5

| | | |
|---|---|---|
| 4/12/2013 | Conferred with Trustee's office regarding Motion to Dismiss (0.30); Conferred with Debtors (0.30); Drafted letter to the Court to request more time (0.50) | 1.10 |
| *4/17/2013 | Sent Erin Donahue Letter of Explanation with respect to request made on Debtors' application for Loan Modification (0.20); Drafted and filed Debtor Loss Mitigation Affidavit with respect to same (0.10) | 0.30 |
| 5/20/2013 | Prepared Status Report on Loss Mitigation (1.00) | 1.00 |
| 5/23/2013 | Prepared for and attended hearing on Confirmation and Loss Mitigaiton (1.00) | 1.00 |
| 6/3/2013 | Met with Debtor and drafted Letter of Explanation (0.50) | 0.50 |
| *6/4/2013 | As per her request on May 17, 2013, sent Michelle Marans a Letter of Explanation as to clarification of salary and explanation of bonuses (0.20); Drafted and filed Debtor Loss Mitigation Affidavit with respect to same (0.10) | 0.30 |
| *6/24/2013 | As per her request on June 12, 2013, sent Michelle Marans letter of explanation regarding clarification for paystubs provided for Diamore Delights and per most recent RMA, clarification as to the $2,800.00 listed as other income (0.50); Drafted and filed Debtor Loss Mitigation Affidavit with respect to same (0.20) | 0.70 |
| 7/3/2013 | Reviewed Loan Modification with Debtor (0.30); Reviewed budget, Schedules I & J and Affirmation and prepared amendments (0.50); Amended Plan (0.50); Amended Worksheet (0.50); Prepared Motion to Approve Loan Modification (0.80) | 2.60 |
| 7/5/2013 | Reviewed e-mail from Tammy regarding motion and proposed order (0.20) | 0.20 |
| 7/6/2013 | Prepared Fee Application (2.00) | <u>2.00</u> |

9.7

Total Hours 35

Anne Penachio/Frank Malara 31.40
($300.00 x 31.4) $9,420.00
*Jennifer Raggo, Paralegal 3.6
($85.00 x 3.6) $306.00

Total Amount $9,726.00