Gennaro Alaio and Elizabeth A. Alaio
Chapter 13 Case No.: 12-22220(rdd)

## Expenses

| | |
|---|---|
| Filing Fee | $281.00 |
| Service (Plan, 1st Amended Plan, 2nd Amended Plan, 3rd Amended Plan, Loss Mitigation Approval and miscellaneous) | $250.00 |
| Miscellaneous copies ($0.10) | $ 12.00 |
| Postage | <u>$  5.35</u> |
| Total Expenses: | $548.35 |