UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____x
                                        :
In re:                                  :     Case No. 12-22220(rdd)
                                        :
GENNARO ALAIO and                       :
ELIZABETH A. ALAIO,                     :     Chapter 13
            Debtors                     :
_____x

## ORDER GRANTING APPLICATION OF PENACHIO MALARA, LLP FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the Application of Penachio Malara, LLP for Allowance of Final compensation and Reimbursement of Expenses docketed as ECF #74 (the "Application"), pursuant to 11 U.S.C. § 330, for allowance of professional services rendered and expenses incurred as counsel for the above debtors (the "Debtors") from February 5, 2012 through August 28, 2013; and a hearing having been held before this Court to consider the Application on August 28, 2013; and notice have been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(7) and (c)(2) as reflected in the Certificate of Service filed as ECF #75; and due consideration having been given to any responses thereto; and the Court having reviewed the Engagement Agreement, dated January 9, 2012, between Penachio Malara, LLP and the Debtors, as discussed at the hearing; and, after due deliberation sufficient cause having been shown for the relief granted herein, it is hereby

ORDERED, that the Application is granted to the extent set forth in Schedules A and B hereto; and it is further

ORDERED, that the compensation granted herein is to be paid by the chapter 13 trustee as administrative expense under 11 U.S.C. § 507(a)(2) under the Debtors' chapter 13 plan.

Dated: White Plains, New York
       August 30, 2013

                                              /s/Robert D. Drain
                                              United States Bankruptcy Judge