Case No.: 12-22220(rdd)

Case Name: Gennaro and Elizabeth Alaio

**CURRENT INTERIM FEE PERIOD**
2/5/2012 through 8/28/2013

**Schedule A**

| (1) Applicant | (2) Date/Document Number of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Penachio Malara | 7/10/2013 #74 | $9,726.00 | $9,726.00 | $9,726.00 | $1,219.00 | $8,774.35 | $548.35 | $548.35 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

DATE ON WHICH ORDER WAS SIGNED: 8/30/2013

INITIALS: ___RDD___ USBJ