**NEW YORK STATE | Department of Taxation and Finance**

BANKRUPTCY UNIT

May 31, 2017

Jeffrey L. Sapir
399 Knollwood Road
Suite 102
White Plains, NY 10603

Re: Gennaro & Elizabeth Alaio,
Case # 12-22220 RDD

Dear Jeffrey L. Sapir:

Our records indicate that the 4th Amended Pre Petition claim #2-5 filed on 07/01/2014 in the amount of $115,039.09 is satisfied and has a zero claim balance due.

If you have any questions, please contact me at (518) 1-518-457-3160.

Sincerely,

Roger Rue
Tax Compliance Representative 1

cc: Southern District of New York

FILED
U.S. BANKRUPTCY COURT
2017 JUN -5 P 4: 15
S.D. OF N.Y.