IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE:
GENNARO & ELIZABETH A. ALAIO : Bk. Case No: 00-12-22220
Debtors. : Chapter 13

# NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Fed. Bankr. Rule 3002.1(f), the Trustee files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:** RESIDENTIAL CREDIT SOLUTIONS  **Court claim No.** 018

**Last four digits** of any number used to identify the debtor's account: 1602

| **Final Cure Amount** | |
|---|---|
| | **Amount of Prepetition Arrears** $0.00 |
| | Amount Paid by Trustee $0.00 |

| **Monthly ongoing Mortgage Payment** | | |
|---|---|---|
| Mortgage is paid directly by the debtor | Yes X | No __ |

Within 21 days of the service of this Notice, the creditor must file and serve on the debtor, debtor's counsel and the trustee, a statement as required under Fed. Bankr. Rule 3002.1(g), indicating whether it agrees that the debtor has paid in full the amount required to cure the default and whether, consistent with Sec. 1322(b)(5) the debtor is otherwise current on all payments. The statement should itemize the required cure or postpetition amounts, if any, that the holder contends remain unpaid as of the date of the statement.

Dated: 10-02-17

/s/ Jeffrey L. Sapir
Jeffrey L. Sapir
Chapter 13 Trustee
399 Knollwood Road
White Plains, New York, 10603
914-328-6333

# TRUSTEE'S CERTIFICATE OF SERVICE

I, Jeffrey L. Sapir, Chapter 13 Trustee of the within estate, do hereby certify that on this 2nd day of October, 2017, I caused one copy of the within Notice of Final Cure Payment and Completion of Plan Payments to be served by United States Mail, Postage Prepaid, to the following:

GENNARO & ELIZABETH A. ALAIO
18 SUNLIT TRAIL
CORTLANDT MANOR, NY 10567

PENACHIO MALARA, LLP
235 MAIN STREET
SIXTH FLOOR
WHITE PLAINS, NY 10601

RESIDENTIAL CREDIT SOLUTIONS
P.O. BOX 163229
FORT WORTH, TEXAS 76161-3229

/s/ Jeffrey L. Sapir
Jeffrey L. Sapir
Chapter 13 Trustee
399 Knollwood Road
White Plains, New York, 10603
914-328-6333